IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHERRI WATTS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:17-cv-1035 |
| ) | Judge Aleta Trauger |
| COMMAND CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MEDIATION REPORT

Pursuant to the Initial Case Management Order (D.E. 28), the parties hereby submit their Joint Mediation Report, and advise the Court that they have scheduled mediation with Nashville Rule 31 mediator James D. Kay, Jr. The mediation is scheduled to take place on Wednesday, July 11, 2018.

Respectfully submitted,

LEWIS THOMASON

By: */s/David A. Changas*
    David A. Changas BPR No. 20679
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366
    dchangas@lewisthomason.com

*Attorneys for Defendant, Command Center, Inc.*

DAVID RANDOLPH SMITH & ASSOCIATES

By: */s/Christopher W. Smith*
    Christopher W. Smith, BRP #034450
    1913 21st Avenue, South
    Nashville, TN  37212
    (615) 742-1775


By: */s/Ivan Lopez*
    Ivan Lopez, BRP #026441
    3023 Nolensville Pike Suite E
    Nashville, TN  37211
    (615) 219-0303

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

    I hereby certify that on this the 30th day of April, 2018, a copy of the foregoing JOINT MEDIATION REPORT was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

    Christopher W. Smith, Esq.
    David Randolph Smith & Associates
    1913 21st Avenue, South
    Nashville, TN  37212

    Ivan O. Lopez, Esq.
    Law Office of Ivan Lopez
    1161 Murfreesboro Pike, Suite 515
    Nashville, TN  37217

    */s/ David A. Changas*